**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EPSILON-NDT ENDUSTRIYEL KONTROL SISTEMLERI SANAYI VE TICARET A.S., <br><br>　　Plaintiff, <br><br>　　v. <br><br> POWERRAIL DISTRIBUTION, INC., <br><br>　　Defendant. | NO. 3:18-CV-00821 <br><br> (JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 18th day of October, 2018, **IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendant PowerRail Distribution, Inc. (Doc. 17) is **DENIED**.

　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　United States District Judge